IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S. DISTRICT COURT
SAVANNAH

2011 JUL 29 AM 11: 26

CLERK _B. West_
SO. DIST. OF GA.

MARVIS ROBINSON,                    )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )       CASE NO. CV409-071
                                    )
UNITED STATES OF AMERICA,           )
                                    )
        Defendant.                  )
                                    )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 30), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Defendant's Motion for Summary Judgment (Doc. 24) is **GRANTED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of July 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's "Motion to Proceed; Motion to Deny Summary Judgment; and Memorandum of Law" (Doc. 28), which this Court has construed as her response to Defendant's Motion for Summary Judgment, is **DISMISSED**. However, the Court considered the arguments presented in this document when reviewing the Magistrate Judge's Report and Recommendation.